UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 6:18-185-3 |
| --- | --- | --- |
| VS. | : | JUDGE ZAINEY |
| KIANA LEWIS | : | MAGISTRATE JUDGE HANNA |

RULING AND REASONS

Before the Court is "Defendant's Appeal of Magistrate Judge's Order Denying Motion to Reopen Detention Hearing" (Doc. 80), wherein Defendant Kiana Lewis moves the Court pursuant to 18 U.S.C. § 3145 (c) to vacate the Magistrate Judge's Memorandum Order (Doc. 66) denying Defendant's Motion to Reopen Detention Hearing (Doc. 62). For the following reasons, the Appeal is **DENIED.**

Defendant Kiana Lewis was charged in two separate indictments in drug trafficking operations; Docket No. 18-CR-00185 (Felton Indictment) and Docket No. 18-CR-00186 (White Indictment). At her Felton Indictment detention hearing, the Magistrate Judge found that Lewis had failed to rebut the presumption of detention, and she was detained pending trial.[1] The Court reasoned that: (1) the weight of the evidence against Lewis was strong; (2) she is subject to a lengthy period of incarceration if convicted; (3) her prior criminal history; (4) the fact that Lewis participated in criminal activity while on probation, parole or supervision; and (6) her

---

[1] Doc. 25.

lack of stable employment.[2]

On September 26, 2018, Lewis filed a Motion to Reopen her detention hearing based on "newly discovered" evidence.[3] On October 29, 2018, the Magistrate Judge denied the Motion to Reopen.[4] After reviewing the affidavits of Vonquilia Woods and Twinkle Woods, the Magistrate Judge found that in her motion, Lewis had misrepresented the testimony presented during the initial detention hearing concerning Lewis' prior knowledge of a package or delivery. The Magistrate Judge further concluded that even if the Court were to assume the veracity of the two affidavits submitted by Lewis as "newly discovered evidence", Lewis had nevertheless failed to rebut the presumption in favor of detention.

Pursuant to 18 U.S.C. § 3145, a district judge reviews a decision regarding pretrial detention made by a magistrate judge *de novo. United States v. Fortna*, 769 F.2d 243, 249 (5th Cir. 1985). When undertaking a *de novo* review, the district court makes an independent determination of whether pretrial detention is appropriate and of any conditions of release. *Id.* at 249-50. The court's review of the record developed before the magistrate judge is an appropriate procedure to comply with that obligation. See e.g., *United States v. Farguson*, 721 F.Supp. 128, 129 n.1 (N.D. Tex. 1989).

In order to reopen a detention hearing, the defense must demonstrate that he has newly discovered evidence that has a material bearing on the issue of whether

---

[2] Doc. 25.
[3] Doc. 62.
[4] Doc. 66.

2

there are conditions of release that will reasonably assure the safety of the community. *United States v. Posada Carriles,* 481 F.Supp.2d 792, 795 (W.D. Texas 2007) citing *United States v. Cisneros*, 328 F.3d 610, 614 (5th Cir. 2003).

The undersigned has reviewed the record *de novo* and agrees with the Magistrate Judge's ruling denying the Motion to Reopen the detention hearing. According to the Pre-Trial Services Report, the Probation Officer recommended detention based on Lewis' risk of non-appearance due to her past criminal activity while under supervision and her criminal history.[5] Furthermore, the Report noted that Lewis posed a risk of danger because of the nature of the criminal offense, her prior arrests and convictions, her criminal activity while under supervision, and a pattern of similar criminal activity history. Accordingly, it is

**ORDERED** that the Appeal of the Magistrate Decision is hereby **DENIED.**

**THUS DONE AND SIGNED** in New Orleans, Louisiana on this 4th day of January, 2019.

> _____
> JAY C. ZAINEY
> UNITED STATES DISTRICT JUDGE

---

[5] Pre-Trial Services Report, p.4.